IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JESSIE G SIMMONS**                                                         **PLAINTIFF**

v.                      **CASE NO. 4:21-CV-00619-BSM**

**SOCIAL SECURITY ADMINISTRATION**                     **DEFENDANT**

## ORDER

After careful consideration, Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 12] is approved and adopted in its entirety. Defendant's unopposed motion to reverse and remand this case for further administrative proceedings [Doc. No. 11] is granted.

IT IS SO ORDERED this 6th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE