IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JESSIE G SIMMONS**                                                                              **PLAINTIFF**

v.                               **CASE NO. 4:21-CV-00619-BSM**

**SOCIAL SECURITY ADMINISTRATION**                                     **DEFENDANT**

**ORDER**

Jessie Simmons's motion for attorney's fees [Doc. No. 15] is granted and he is awarded fees in the amount of $7,761.70. *See* 28 U.S.C. § 2412; Doc. No. 17-1. The Social Security Administration is directed to send the payment to Simmons because fees award under section 2412 are payable to the claimant rather than the lawyer. *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). Simmons is responsible for making payment to Laura J. McKinnon, who represented him.

IT IS SO ORDERED this 11th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE